UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

Medtronic, Inc.,

        Plaintiff,                      Civil No. 06-1001 (RHK/JSM)

vs.                                   **DISQUALIFICATION AND
                                         ORDER FOR REASSIGNMENT**

Elan Pharma International
Limited, Elan Pharmaceuticals, Inc.,
Elan Corporation, plc,

        Defendants.

      The above-entitled matter has been assigned to the undersigned, a Judge of the above Court. Pursuant to Title 28, United States Code § 455, the undersigned recuses himself from hearing this matter. Accordingly,

      **IT IS HEREBY ORDERED,** that pursuant to this Court's Assignment of Cases Order dated December 9, 2005, the above-captioned action shall be resubmitted to the Clerk of Court for reassignment.

      **IT IS FURTHER ORDERED,** that a copy of this Order shall be filed in the above-captioned case.

Dated: March 9, 2006

                                             s/Richard H. Kyle
                                             RICHARD H. KYLE
                                             United States District Judge